IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-02312-MEH | Date: | March 2, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| CITIZENS INSURANCE COMPANY OF AMERICA | Brad Gordon |
| Plaintiff, | |
| v. | |
| ADOLFSON AND PETERSON CONSTRUCTION | Adam O'Brien |
| | Larry McClung |
| GRAND MESA MECHANICAL INC | Christopher Robbins |
| EXCEL FIRE PROTECTION SERVICES INC | Clayton Barnett |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

**Court in session: 10:13 a.m.**

Court calls case.   Appearances of counsel.   Brad Gordon appeared by telephone

IT IS ORDERED THAT [37] Motion to Dismiss and Quash Service Through Special Appearance by ThirdParty Defendant Excel Fire Protection Services, Inc. is GRANTED IN PART AND DENIED IN PART.   Service is quashed. Dismissal is not granted.   Clayton Barnett is not counsel of record for Excel Fire Protection Services, Inc. in this case and is to be terminated from this case.

Due to the inability to serve all parties, a Scheduling Conference is set for April 27, 2015 at 10:15 a.m. before U.S. Magistrate Judge Michael Hegarty in Courtroom a 501.

**Court in recess: 10:39 a.m.   (Hearing concluded)**
**Total time in Court: 0:26**

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.