IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02312-MEH

CITIZENS INSURANCE COMPANY OF AMERICA, as subrogee of Colorado Mesa University,

    Plaintiff,

v.

ADOLFSON AND PETERSON CONSTRUCTION,
GRAND MESA MECHANICAL, INC.,
EXCEL FIRE PROTECTION SERVICES, INC. a/k/a Excel Fire Protection, Inc.,

    Defendants;

ADOLFSON AND PETERSON CONSTRUCTION,

    Cross Claimant,

v.

GRAND MESA MECHANICAL, INC.,
EXCEL FIRE PROTECTION SERVICES, INC. a/k/a Excel Fire Protection, Inc.,

    Cross Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 4, 2015.**

    Defendant/Cross Claimant Adolfson and Peterson Construction's ("A&P") Motion for Service by Mail [filed March 4, 2015; docket #45] is **granted**. Pursuant to Fed. R. Civ. P. 4(e)(1) and 4(h)(1)(A), A&P is hereby granted leave to serve Excel Fire Protection, Inc. a/k/a Excel Fire Protection Services, Inc. by mail in accordance with Colo. Rev. Stat. § 7-90-704.