IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-02312-MEH

CITIZENS INSURANCE COMPANY OF AMERICA, as subrogee of Colorado Mesa University,

    Plaintiff,

v.

ADOLFSON AND PETERSON CONSTRUCTION,
GRAND MESA MECHANICAL, INC.,
EXCEL FIRE PROTECTION SERVICES, INC. a/k/a Excel Fire Protection, Inc.,

    Defendants;

ADOLFSON AND PETERSON CONSTRUCTION,

    Cross Claimant,

v.

GRAND MESA MECHANICAL, INC.,
EXCEL FIRE PROTECTION SERVICES, INC. a/k/a Excel Fire Protection, Inc.,

    Cross Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    The Stipulated Motion to Dismiss All Claims by All Parties with Prejudice [filed January 11, 2016; docket #63] is **granted**. The matter is dismissed with prejudice and all remaining deadlines and conference dates are hereby vacated. Each party will pay its own attorney's fees and costs.

Dated at Denver, Colorado this 12th day of January, 2016.

                                    BY THE COURT:

                                    */s/ Michael E. Hegarty*

                                    Michael E. Hegarty
                                    United States Magistrate Judge